UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

MOHAMED ZENDANI,

                        Plaintiff,                         **ECF CASE**

      v.

                                               08 Civ. 107 (CM)

MICHAEL MUKASEY, et al.,

                    Defendants.               NOTICE OF APPEARANCE

------------------------------------------------------------- x

TO:    Clerk of Court
       United States District Court
       Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
       January 18, 2008

                                 Respectfully submitted,

                                 MICHAEL J. GARCIA
                               United States Attorney for the
                               Southern District of New York

                 By:    /s/ _____
                               SHANE P. CARGO
                               Assistant United States Attorney
                               86 Chambers Street, 3rd Floor
                               New York, New York 10007
                               Telephone: (212) 637-2711
                               Facsimile: (212) 637-2786
                               Email: shane.cargo@usdoj.gov

TO:    Adam Wright, Esq.
       250 West 57th Street, Suite 811
       New York, NY 10019