# AFFIDAVIT OF SERVICE

22095
ADAM- ADAM

Index No. 08-CV00107
Date filed 1/7/08
File No.

US SOUTHERN DT    COURT,COUNTY OF NEW YORK

| MOHAMED ZENDANI | Plaintiff(s) |
|---|---|
| against | |
| MICHAEL MUKASEY, ATTORNEY GENERAL OF THE UNITED STATES ET AL | Defendant(s) |

State of New York, County of Nassau    SS:

HARRY    TORRES    being duly sworn, deposes and says: that deponent is not a party to this action,
is over 18 years of age and resides at    WEST BABYLON    NY

That on    1/11/08    at    3:45 PM    at    PLACE OF BUS.    at
86 CHAMBERS ST
NEW YORK    NY
depondent served the within
**SUMMONS IN A CIVIL CASE**
**COMPLAINT**

on    **MICHAEL MUKASEY, ATTORNEY GENERAL OF THE UNITED STATES**
(Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;

[X] **SUITABLE AGE PERSON**
by delivering a true copy of each to    **A. CHARLES**    **COWORKER**
a person of suitable age and discretion. Said premises is defendant's actual place of business-dwelling
house usual place of abode within the state

[X] MAILING
Depondent also mailed by first class mail a copy of same to the person to be served at the aforementioned address
in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return
address or otherwise, that the communication is from an attorney or concerns an action against the person to be
served, on    1/12/08

[X] APPROXIMATE DESCRIPTION

| SEX | COLOR | HAIR | HEIGHT | WEIGHT | AGE | OTHER |
|---|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 5'5' | 170 | 40 | GLASSES |

[X] MILITARY CONFIRMATION
I asked the person spoken to
A. CHARLES-COWORKER
whether recipient is in active military service of the United States or if he/she or any member of his/her family is dependent
on anyone in the U.S. Military in any capacity whatever. Person answered in the negative. The source of my information
and the grounds of my belief are the conversations narrated. Upon information and belief I aver that the defendant is not
in the military service nor are they or any member of their family dependent on the United States as the term is
defined in the Federal statutes.

Sworn to before me on    1/14/08

SHAUL HORAN    HARRY    TORRES
Notary Public, State of New York    915257
No. 01HO6108246
Qualified in Nassau County
Commission Expires 04/12/2008

ALERT PROCESS SERVICE AGENCY, 185 Willis Avenue, Mineola,NY 11501 (516) 741-4353



# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

MOHAMED ZENDANI

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL MUKASEY, Attorney General of the United States and ANDREA QUARANTILLO, District Direcor, Department of Homeland Security, New York, District Office

CASE NUMBER: 08 CV 00107

TO: (Name and address of defendant)

Michael Mukasey, Attorney General of the United States
1 St. Andrews Plaza
New York, NY 10007

Andrea Quarantillo, District Director, DHS, 26 Federal Plaza, New York, NY 10278

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(BY) DEPUTY CLERK

JAN 0 7 2008
DATE