**AFFIDAVIT OF SERVICE**

22096
ADAM- ADAM

Index No.  08-CV001C7
Date filed  1/7/08
File No.

US SOUTHERN DT   COURT, COUNTY OF NEW YORK

---

MOHAMED ZENDANI

against                                                                 Plaintiff(s)

MICHAEL MUKASEY, ATTORNEY GENERAL OF THE UNITED STATES ET AL

                                                                          Defendant(s)

---

State of New York, County of Nassau                                    SS:

HARRY   TORRES   being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at   WEST BABYLON   NY

That on   1/11/08   at   2:57 PM   at   PLACE OF BUS.   at
26 FEDERAL PLAZA
NEW YORK   NY   10278
depondent served the within
**SUMMONS IN A CIVIL CASE**
**COMPLAINT**

on   **ANDREA QUARANTILLO, DISTRICT DIRECTOR, DHS**
(Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;

[X] **SUITABLE AGE PERSON**
by delivering a true copy of each to   **STEVEN JACKSON**   **COWORKER**
a person of suitable age and discretion. Said premises is defendant's actual place of business-dwelling house usual place of abode within the state

[X] **MAILING**
Depondent also mailed by first class mail a copy of same to the person to be served at the aforementioned address in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served, on   1/12/08

[X] **APPROXIMATE DESCRIPTION**

| SEX | COLOR | HAIR | HEIGHT | WEIGHT | AGE | OTHER |
|---|---|---|---|---|---|---|
| MALE | BLACK | BLACK | 6'0" | 200 | 45 | BEARD |

[X] **MILITARY CONFIRMATION**
I asked the person spoken to
STEVEN JACKSON-COWORKER
whether recipient is in active military service of the United States or if he/she or any member of his/her family is dependent on anyone in the U.S. Military in any capacity whatever. Person answered in the negative. The source of my information and the grounds of my belief are the conversations narrated. Upon information and belief I aver that the defendant is not in the military service nor are they or any member of their family dependent on the United States as the terms is defined in the Federal statutes.

Sworn to before me on   1/14/08

SHAUL HORAN                                                   HARRY   TORRES
Notary Public, State of New York                                      915257
No. 01HO6108246
Qualified in Nassau County
Commission Expires 04/12/2008

ALERT PROCESS SERVICE AGENCY, 185 Willis Avenue, Mineola, NY 11501 (516) 741-4353

# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

MOHAMED ZENDANI

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL MUKASEY, Attorney General of
the United States and ANDREA QUARANTILLO,
District Direcor, Department of Homeland
Security, New York, District Office

CASE NUMBER:

**08 CV 00107**

TO: (Name and address of defendant)

Michael Mukasey, Attorney General of the United States
1 St. Andrews Plaza
New York, NY 10007

Andrea Quarantillo, District Director, DHS, 26 Federal Plaza, New York, NY 10278

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within  TWENTY (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

JAN 0 7 2008

DATE