

U.S. Department of Justice

United States Attorney
Southern District of New York

## MEMO ENDORSED

86 Chambers Street, 3rd floor
New York, New York 10007

March 6, 2008

3/6/08
Conference Adj sine die

*Colleen McMahon*

**BY FAX TO (212) 805-6326**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

   Re: *Zendani v. Mukasey*, No. 08 Civ. 00107 (CM) (AJP)

Dear Judge McMahon:

  Enclosed please find (i) the parties' proposed stipulation and order adjourning the respondents' response date to May 12, 2008, and (ii) the parties' proposed case management plan. Please note that in light of these agreements, the parties respectfully request an adjournment of the initial pretrial conference, currently scheduled for March 7 at 11:30.

  Thank you for your consideration of this matter.

         Respectfully submitted,
         MICHAEL J. GARCIA
         United States Attorney
         Southern District of New York

     By: _____
       SHANE CARGO
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Tel. (212) 637-2711
       Fax (212) 637-2786

cc: Adam Wright (counsel for the petitioner) (w/ encls.) (by fax to 516-922-8308)

Encls.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08
```