UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMED ZENDANI,

                Petitioner,

- against -

MICHAEL MUKASEY et al.,

                Respondents.

Dkt. No. 08 Civ. 00170 (CM) 107

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE



IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
April ___, 2008

LAW OFFICE OF ADAM WRIGHT
Attorney for Petitioner

_____
Adam Wright, Esq.
250 West 57th Street, Suite 811
New York, NY 10019
Tel. (212) 581-6405
Fax: (516) 922-8308

New York, New York
April 16, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondents

_____
Shane Cargo, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2711
Fax: (212) 637-2786

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge

4-24-08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08

- Page 1 of 1 -

A40-063-712

CERTIFICATE OF SERVICE

Janine Sturkey, an employee for the United States Attorney's Office, Southern District of New York, hereby certify that on the 21st day of APRIL 2008, I caused the service of a true copy of the governments STIPULATION AND ORDER OF DISMISSAL, to be sent by regular mail, upon the following:

        ADAM WRIGH, ESQ.
        LAW OFFICE OF ADAM WRIGHT
        250 WEST 57TH ST., SUITE 811
        NEW YORK, NY 10019

    I certify under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
            APRIL 21, 2008

                                _____
                                JANINE STURKEY
                                Legal Assistant